**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Patricio Nzau, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 26-CV-10212-AK |
| v. | ) | |
| | ) | |
| Kristi L. Noem, et al, | ) | |
| | ) | |
| Respondent (s). | ) | |
| | ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 10] entered on 5/26/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 5/26/2026                                                   By the Court,

/s/ Courtney Horvath
Deputy Clerk